UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- :
IN RE WORLD TRADE CENTER                                 :   21 MC 100 (AKH)
DISASTER SITE LITIGATION                                 :
-------------------------------------------------------- :
RICHARD SANCHEZ and MAUREEN                              :   DOCKET NO. 07 CV 4005
SANCHEZ                                                  :
                                                         :   Judge Hellerstein
                                                         :
                      Plaintiffs,                        :   **AFFIDAVIT OF SERVICE**
                                                         :
        -against-                                        :
                                                         :
THE CITY OF NEW YORK, AMEC                               :
CONSTRUCTION MANAGEMENT, INC.,                           :
BECHTEL ENVIRONMENTAL, INC.                              :
BOVIS LEND LEASE LMB, INC.                               :
TULLY CONSTRUCTION CO., INC. and                         :
TURNER CONSTRUCTION COMPANY,                             :
                                                         :
                      Defendants.                        :
-------------------------------------------------------- :

   I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

   On July 24, 2007, I served the within copy of the Summons & Complaint on Bovis Lend Lease Inc. therein named, a corporation by personally serving a true copy of the same to Alice Watts. Deponent knew said corporation so served to be the corporation described in the summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

                                                    _____
                                                    Aaron Solomon

Sworn to before me on this
31st day of July, 2007

_____
NOTARY PUBLIC

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 20 10

1