UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- :
IN RE WORLD TRADE CENTER                                 :      21 MC 100 (AKH)
DISASTER SITE LITIGATION                                 :
-------------------------------------------------------- :
RICHARD SANCHEZ and MAUREEN                              :      DOCKET NO. 07 CV 4005
SANCHEZ                                                  :
                                                         :      Judge Hellerstein
                                                         :
                            Plaintiffs,                  :      Affidavit of Service
                                                         :
             -against-                                   :
                                                         :
THE CITY OF NEW YORK, AMEC                               :
CONSTRUCTION MANAGEMENT, INC.,                           :
BECHTEL ENVIRONMENTAL, INC.                              :
BOVIS LEND LEASE LMB, INC.                               :
TULLY CONSTRUCTION CO., INC. and                         :
TURNER CONSTRUCTION COMPANY,                             :
                                                         :
                            Defendants.                  :
-------------------------------------------------------- :

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 24, 2007, I served the within copy of the Summons & Complaint on Turner Construction Company, therein named, a corporation by personally serving a true copy of the same to Paul Martinez. Deponent knew said corporation so served to be the corporation described in the summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

                                                              _____
                                                              Samuel Frommer

Sworn to before me on this
 day of July, 2007
_____
NOTARY PUBLIC

            BEATRIZ DOLORES ARANA
          Notary Public, State of New York
                 No. 01AR6132940
            Qualified in Queens County
          Commission Expires August 29, 20__