## Waiver of Service of Summons

TO: _____Oshman & Mirisola, LLP_____

    I acknowledge receipt of your request that I waive service of a summons in the action of _____See Attachment A_____, which is case number _____See Attachment A_____ in the United States District Court for the __Southern District of New York___. I have also received a copy of the complaints in these actions.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

_____July 25, 2007_____  
Date

Signature  
Printed/typed name: __John E. Sparling__  
  of __London Fischer LLP__ }  
  for __Turner Construction Company and Turner Construction-International, LLC__}

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

Effective A/o 12/1/93 in compliance with  
Federal Rules of Civil Procedure 4

SDNY Web 4/99

Attachment A

| | PLAINTIFF | INDEX NUMBER | COUNSEL |
|---|---|---|---|
| 1 | GAROFALO, JOSEPH | 07-CV-5703 | OSHMAN |
| 2 | SANCHEZ, RICHARD | 07-CV-4005 | OSHMAN |
| 3 | SANSONI, SUSAN as Administratrix of the Estate of DAVID SANSONI, Deceased, and SUSAN SANSONI, Individually | 07-CV-6117 | OSHMAN |